**Entered on Docket
November 16, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

CINDY LEE STOCK
Nevada Bar No. 803
LAW OFFICES OF CINDY LEE STOCK, P.C.
608 South 8th Street
Las Vegas, Nevada  89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@lvcoxmail.com E-mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for EMC Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 7 |
| JACARA MANON DIXON, | CASE NO. S-10-28004-MKN |
| | Hearing Date: November 10, 2010 |
| | Hearing Time: 1:30 p.m. |
| Debtor. | Location: Foley Federal Building Courtroom No. 2 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of EMC Mortgage Corporation and its successor and/or assigns came on regularly for hearing before this court on November 10, 2010, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby is, granted.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real property commonly known as 2150 Lone Desert Street, Las Vegas, NV 89135.

SUBMITTED BY:

LAW OFFICES OF CINDY LEE STOCK, P.C.

/s/ *Cindy Lee Stock*
CINDY LEE STOCK
Nevada Bar No. 803
608 South 8th Street
Las Vegas, Nevada   89101
Attorneys for Movant

## RULE 9021 CERTIFICATION:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____  The Court has waived the requirement set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #